TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director
CRAIG A. DEFOE (IN 2707849)
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4114
Facsimile: (202) 305-7000
E-mail: Craig.Defoe@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSIE B. BADIANG, | No. C 11-02165 MEJ |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL |
| ERIC HOLDER, *et al.*, | |
| Defendants. | |

United States Citizenship and Immigration Services has transferred Plaintiff Rosie B. Badiang's file to the Department of State, National Visa Center ("NVC"). Since receiving the file, the NVC has been in contact with Ms. Badiang and is currently processing her daughter Jessel B. Tee's visa application.

Accordingly the parties agree that this case is moot, and the parties stipulate to dismissal of the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties agree to bear their own fees and costs.

| | |
|---|---|
| Dated: July 13, 2011 | Respectfully submitted, |
| | TONY WEST<br>Assistant Attorney General |
| | DAVID J. KLINE<br>Director |
| /s/ Thomas J. Stefanski<br>THOMAS J. STEFANSKI<br>FRANK, GREENBERG, SIMONE & STEFANSKI<br>3530 Wilshire Blvd., Ste. 1600<br>Los Angeles, CA 90010<br>Telephone: (213) 389-3914<br>Facsimile: (213) 384-8322<br>California Bar No. 92952<br><br>Attorney for Plaintiff | /s/ Craig A. Defoe<br>CRAIG A. DEFOE (IN 2707849)<br>Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation<br>District Court Section<br>Ben Franklin Station, P.O. Box 868<br>Washington, DC 20044<br>Telephone: (202) 532-4114<br>Facsimile: (202) 305-7000<br>E-mail: Craig.Defoe@usdoj.gov<br><br>Attorneys for Defendants |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 13, 2011

United States District Judge
Judge Maria-Elena James

STIPULATION OF DISMISSAL
C 11-02165 MEJ                                     2

**CERTIFICATE OF SERVICE**

Case No. C 11-02165 MEJ

     The undersigned hereby certifies that on July 13, 2011, I served this Stipulation of Dismissal pursuant to the district court's ECF system as to ECF filers. In addition, I have caused to be mailed a copy of the Stipulation of Dismissal to the following non-ECF filer(s):

N/A

                              /s/ Craig A. Defoe
                              CRAIG A. DEFOE
                              Trial Attorney
                              District Court Section
                              Office of Immigration Litigation
                              United States Department of Justice
                              Ben Franklin Station, P.O. Box 868
                              Washington, DC 20044
                              Telephone: (202) 532-4114
                              Facsimile: (202) 305-7000
                              E-mail: Craig.Defoe@usdoj.gov